KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ROMAN A. SWOOPES (CA SBN 274167)
RSwoopes@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
NICHOLAS HORBACZEWSKI and
DRONE RACING LEAGUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>NICHOLAS HORBACZEWSKI,<br>DRONE RACING LEAGUE, INC.,<br>and DOES 1 TO 10,<br><br>    Defendants. | Case No. 2:17-cv-6210<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THIS COURT, PLAINTIFF, AND HIS COUNSEL**:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332 and 1441, defendants Nicholas Horbaczewski and Drone Racing League, Inc. ("DRL") hereby remove this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California. In support of this Notice of Removal, Defendants set forth the following grounds for removal:

**I.  BACKGROUND**

1. On July 10, 2017, plaintiff Justice Laub commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Justice Laub v. Nicholas Horbaczewski and Drone Racing League, Inc.* (the "Action"). True and accurate copies of the Summons and Complaint are attached hereto Exhibit A.

2. In the Action, Mr. Laub alleges that he is entitled to one-third of the equity shares of Defendant Drone Racing League, Inc. ("DRL") pursuant to a purported contract between Mr. Laub and Mr. Horbaczewski, and Laub seeks $33 million in damages. The complaint seeks damages and injunctive relief. Defendants deny that any such contract exists. Mr. Laub has no right to any interest in DRL, and he only asserted his meritless claims after the public announcement of a large private investment in DRL. Mr. Laub's complaint also contains allegations of fraud, fiduciary duty, and "common counts" under California law.

3. Defendants have not pled, answered, or otherwise appeared in the Action.

4. Defendants Nicholas Horbaczewski and DRL were served with the Complaint by overnight mail packages that were mailed on July 25, 2017 and received on July 27, 2017.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), having been filed within 30 days after service of the Complaint.

## II. PROCEDURAL REQUIREMENTS

6. Defendants will promptly serve a copy of this Notice on counsel for Mr. Laub and will file a copy of this Notice, along with a Notice to Plaintiff of Filing of Removal of Civil Action to Federal Court, with the Clerk of the Superior Court of California, Los Angeles County, pursuant to 28 U.S.C. § 1446(d).

7. Defendants have filed and served, simultaneous with this notice, disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1

## III. INTRADISTRICT ASSIGNMENT

8. This Action is properly removable to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. § 1446(a) because the Superior Court of California, County of Los Angeles, in which this Action was commenced, lies within the Western Division and because Mr. Laub resides in this division.

## IV. JURISDICTION

9. This Action is within the original jurisdiction of this Court under 28 U.S.C. § 1332. Section 1332(a) provides that this Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens or subjects of a foreign state." As explained below, this Action meets these requirements and therefore may be removed to this Court pursuant to 28 U.S.C. § 1441.

## V. REMOVAL OF THE ACTION IS PROPER

10. As set forth below, this Action satisfies the requirements of 28 U.S.C. §§ 1332 and 1441 and, therefore, may be removed to this Court.

11. There is complete diversity of citizenship. As alleged in his Complaint, Justice Laub is a California resident.

12. Nicholas Horbaczewsi is a resident of New York, and DRL is a Delaware corporation with principal place of business in New York.

13. The amount in controversy here exceeds the $75,000 threshold. The complaint contends that Mr. Laub is entitled to one third of the stock of DRL and seeks $33 million in damages.

## VI. CONCLUSION

14. For the foregoing reasons, this Court has subject matter jurisdiction over this Action, and Defendants hereby remove this Action pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated: August 22, 2017            Respectfully submitted,

KENNETH A. KUWAYTI
MORRISON & FOERSTER LLP

By: /s/ *Kenneth A. Kuwayti*
       Kenneth A. Kuwayti

Attorneys for Defendants
NICHOLAS HORBACZEWSKI and
DRONE RACING LEAGUE, INC.