UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:17-cv-06210-JAK-KS                                      Date: December 7, 2018

Title  *Justice Laub v. Nicholas Horbaczewski et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER RE- RE-SCHEDULE OF SETTLEMENT CONFERENCE**

The Settlement Conference previously scheduled for December 5, 2018 has been re-scheduled for **Friday, December 21, 2018 at 9:30 a.m.** The Settlement Conference will take place in Courtroom 580 of the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California 90012.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |