PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiffs
JUSTICE LAUB and DAN KANES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>    Plaintiffs,<br><br>v.<br><br>NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10,<br><br>    Defendants. | Case No. 2:17-cv-06210-JAK (KSx)<br><br>**DECLARATION OF JOSEPH J. FRARESSO IN SUPPORT OF PLAINTIFF DANIEL KANES' NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE DEFENDANT NICHOLAS HORBACZEWSKI'S COUNTERCLAIM PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE § 425.16**<br><br>Judge:  Hon. John A. Kronstadt<br>Date:   April 29, 2019<br>Time:   8:30 a.m.<br>Crtrm.: 10B |
| NICHOLAS HORBACZEWSKI,<br><br>    Counter-Claimant,<br><br>v.<br><br>DANIEL KANES,<br><br>    Counter-Defendant | Action File:  July 10, 2017<br>Trial Date:    None Set |

2613.000/1361880.4                         1                    Case No. 2:17-cv-06210-JAK (KSx)

DECL. OF FRARESSO IN SUPPORT OF SPECIAL MOTION TO STRIKE HORBACZEWSKI'S
COUNTERCLAIM PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE § 425.16

I, Joseph J. Fraresso, declare:

1. I am an attorney at law admitted to practice in the State of California. I am an attorney in the law firm of Bartko, Zankel, Bunzel & Miller, counsel of record for Plaintiffs in the above-captioned matter. The matters in this Declaration are true of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto. I submit this Declaration in support of plaintiff Daniel Kanes' Notice of Motion and Special Motion to Strike Defendant Nicholas Horbaczewski's Counterclaim Pursuant to California Code of Civil Procedure § 425.16.

2. Attached hereto as Exhibit A is a true and correct copy of an article entitled "Swatch taps into esports by sponsoring drone racers," by Ilyse Liffreing, dated February 7, 2018 and available at https://digiday.com/marketing/swatch-taps-esports-sponsoring-drone-racers/, last accessed January 17, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 52 to the deposition of Ryan Gury held November 15, 2018, which is a print out of a Microsoft Excel file that was produced by defendant the Drone Racing League ("DRL") as DRL00010039.

4. Attached hereto as Exhibit C is a true and correct screenshot of the DRL's webpage at https://thedroneracingleague.com/, last accessed January 17, 2019.

5. Attached hereto as Exhibit D is a true and correct screenshot of the DRL's Twitter page at https://twitter.com/droneraceleague, last accessed January 17, 2019.

6. Attached hereto as Exhibit E is a true and correct screenshot of the DRL's Facebook page at https://www.facebook.com/thedroneracingleague/, last accessed January 17, 2019.

7. Attached hereto as Exhibit F is a true and correct screenshot of the DRL's Instagram page at https://www.instagram.com/thedroneracingleague/, last accessed January 17, 2019.

8. Attached hereto as Exhibit G is a true and correct screenshot of the DRL's YouTube channel at https://www.youtube.com/thedroneracingleague, as well as its "About" page at https://www.youtube.com/channel/UCiVmHW7d57ICmEf9WGIp1CA/about, both last accessed January 17, 2019.

9. Attached hereto as Exhibit H is a true and correct screenshot of the DRL's Press page at https://thedroneracingleague.com/press/, last accessed January 17, 2019.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the November 27, 2018 deposition of Daniel Kanes.

11. I informed Horbaczewski's counsel that Kanes intended to file the present motion on January 9, 2019 and requested to meet and confer about the motion. Horbaczewski's counsel refused to meet and confer about the present motion without requiring a meet and confer to discuss other unrelated discovery issues that were not ripe for discussion. I do not believe that a telephonic meet and confer could have resolved or narrowed the issues on Kanes' special motion to strike given Horbaczewski's refusal to dismiss his Counterclaim with prejudice in response to Kanes' motion to dismiss (Dkt. No. 99), which is closely related to the issues presented on this motion. A true and correct copy of an email exchange between counsel reflecting attempts to arrange a telephonic meet and confer is attached as Exhibit J.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Executed on this 18th day of January, 2019, at San Francisco, California.

*/s/ Joseph J. Fraresso*
Joseph J. Fraresso

# PROOF OF SERVICE

**Laub v. Horbaczewski, et al.**
**USDC, Central District of California Case No. 2:17-cv-06210 JAK (KSx)**

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On January 18, 2019, I served a true copy of the following document(s) described as **DECLARATION OF JOSEPH J. FRARESSO IN SUPPORT OF PLAINTIFF DANIEL KANES' NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE DEFENDANT NICHOLAS HORBACZEWSKI'S COUNTERCLAIM PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE § 425.16** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2019, at San Francisco, California.

*/s/ Stephanie D. M. Pearson*
Stephanie D. M. Pearson

**SERVICE LIST**
**Laub v. Horbaczewski, et al.**
**USDC, Central District of California Case No. 2:17-cv-06210 JAK (KSx)**

| | |
|---|---|
| Kenneth A. Kuwayti, Esq.<br>MORRISON & FOERSTER LLP<br>775 Page Mill Rd.<br>Palo Alto, CA  94304-1018<br>Tel:  (650) 813-5600<br>Fax:  (650) 494-0792<br>Email:  KKuwayti@mofo.com | *Attorneys for Defendants*<br>*Nicholas Horbaczewski and Drone*<br>*Racing League, Inc.* |
| Nicholas Rylan Fung, Esq.<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Tel: (213) 892-5200<br>Fax: (213) 892-5454<br>Email:  NFung@mofo.com | *Attorneys for Defendants*<br>*Nicholas Horbaczewski and Drone*<br>*Racing League, Inc.* |