UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DANIEL KANES, <br><br>  Plaintiffs, <br><br> v. <br><br> NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10, <br><br> Defendants. <br><br>――――――――――――――――――  <br> NICHOLAS HORBACZEWSKI, <br><br>  Counter-Claimant, <br><br> v. <br><br> DANIEL KANES, <br><br>  Counter-Defendant. | Case No. 2:17-CV-06210 JAK (KSx) <br><br> **ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENT AND CERTAIN PORTIONS OF DOCUMENTS UNDER SEAL (DKT. 222)** |

On May 17, 2019, Defendants filed their Application for Leave to File Document and Certain Portions of Documents Under Seal, pursuant to Local Rule 79-5(b), supported by the Declaration of Brian M. Burnovski ("Burnovski Sealing Declaration"), requesting that portions of their Memorandum of Points and Authorities in Support of Defendants' Motion to Exclude Expert Report and Testimony of Greg J. Regan, along with Exhibits 1 and 2 to the Declaration of Brian M. Burnovski in Support of Defendants' Motion to Exclude ("Burnovski Declaration") be filed under seal, and that Exhibit 3 to the Burnovski Declaration be filed under seal in its entirety.

Having considered the Application and supporting declaration, and good cause appearing, the Application is **GRANTED**. On or before May 24, 2019, Defendants shall file under seal Exhibit 3 to the Burnovski Declaration, and unredacted versions of Exhibits 1 and 2 of the Burnovski Declaration and of the Memorandum of Points and Authorities in Support of Defendants' Motion to Exclude Expert Report and Testimony of Greg J. Regan.

IT IS SO ORDERED.

Dated: May 22, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE