PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiffs
JUSTICE LAUB and DAN KANES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NICHOLAS HORBACZEWSKI,<br>DRONE RACING LEAGUE, INC., and<br>DOES 1 TO 10,<br><br>                    Defendants.<br><br>_____<br><br>AND RELATED COUNTER-CLAIM. | Case No. 2:17-cv-06210-JAK (KSx)<br><br>**PLAINTIFF JUSTICE LAUB'S OBJECTION TO AND MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES AND EXPENSES FOR VIOLATING STANDING ORDER PAGE LIMITS**<br><br>Judge:   Hon. Karen L. Stevenson<br>Date:     October 21, 2020<br>Time:    10:00 a.m.<br>Ctrm.:   580<br><br>Action Filed: July 10, 2017<br>Trial Date:    None Set |

2613.000/1558859.3

Case No. 2:17-cv-06210-JAK (KSx)

PL.'S OBJ. TO & MOT. TO STRIKE DEFS.' REPLY IN SUPP. OF REQ. FOR ATT. FEES & EXP.

1   Plaintiff Justice Laub hereby objects to and moves to strike Defendants'

2   Reply in Support of their Request for Attorneys' Fees and Expenses ("Reply") for

3   violating the Court's Standing Order's 10-page limit on reply briefs.

4   In a transparent effort to further inflate their Request for Attorneys' Fees and

5   Expenses and financially ruin Mr. Laub, Defendants filed a 23-page Reply. *See*

6   Dkt. 504-1, 506. The Court's Standing Order entered in this case states that opening

7   and opposition briefs may be 25 pages, but "***any reply shall not exceed 10 pages***."

8   *See* Dkt. 9, p. 10, § 9(d) (emphasis added). There is no exception for motions

9   brought before Judge Stevenson:  Judge Stevenson's Requirements state that "[t]he

10  parties are advised to review ***the procedures and standing orders of the assigned***

11  ***district judge*** before filing any discovery motion." *See*

12  https://www.cacd.uscourts.gov/honorable-karen-l-stevenson (emphasis added).

13  Besides being more than double the page limit, the Reply is riddled with

14  ancillary and irrelevant issues, including: a) Plaintiffs' pending request for fees for a

15  motion to dismiss and anti-SLAPP motion to strike Defendants' counterclaim,

16  which were granted in full and carry mandatory attorneys' fees under California law

17  (*see* Dkt. 504-1, 506, pp. 7-8, 21, 24-25); b) Defendants' time and effort to obtain

18  *Mr. Kanes's* text messages and the contents of his messages with third parties, not

19  *Mr. Laub* (*id.*, pp. 9, 12, 14-15); c) rearguing Defendants' motion for evidentiary

20  sanctions that were already denied (*id.*, pp. 12-13); d) Defendants' contention that

21  some of Plaintiffs' claims are barred by statutes of limitations, which was rejected in

22  motions to dismiss, but will be adjudicated on summary judgment (*id.*, p. 16); e) the

23  parties' pending motions to exclude each other's experts (*id.*); and f) Plaintiffs'

24  motion to compel on various discovery issues (*id.*, pp. 16-17). Defendants may

25  argue that they have sometimes filed reply briefs over ten pages in the past without

26  Plaintiffs or the Court complaining, but this time, Defendants use their violation of

27  the page limit, including the unnecessary work product associated with it, to justify

28

2613.000/1558859.3                                                    2                    Case No. 2:17-cv-06210-JAK (KSx)

PL.'S OBJ. TO & MOT. TO STRIKE DEFS.' REPLY IN SUPP. OF REQ. FOR ATT. FEES & EXP.

seeking another nearly $30,000 in "fees on fees." *See id.*, pp. 27-28. For this reason, Plaintiffs are compelled to object.

As Defendants' Reply fails to comply with the Standing Order, it should be stricken (or at least pages 11-23 should be stricken) and disregarded by the Court.

DATED:  October 2, 2020

Respectfully submitted,
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation


By: _____/s/ Patrick M. Ryan_____
PATRICK M. RYAN
Attorneys for Plaintiffs
JUSTICE LAUB and DAN KANES

**PROOF OF SERVICE**

**Laub v. Horbaczewski, et al.**
**USDC, Central District of California Case No. 2:17-cv-06210 JAK (KSx)**

At the time of service, I was over 18 years of age and not a party to this action.  My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On October 2, 2020, I served a true copy of the following document(s) described as

- **PLAINTIFF JUSTICE LAUB'S OBJECTION TO AND MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES AND EXPENSES FOR VIOLATING STANDING ORDER PAGE LIMITS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address tingroff@bzbm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 2, 2020, at San Francisco, California.


                                        /s/ Terry Ingroff
                                        Terry Ingroff

1

2

**SERVICE LIST**
**Laub v. Horbaczewski, et al.**
**USDC, Central District of California Case No. 2:17-cv-06210 JAK (KSx)**

3

| | |
|---|---|
| Kenneth A. Kuwayti, Esq.<br>MORRISON & FOERSTER LLP<br>775 Page Mill Rd.<br>Palo Alto, CA  94304-1018<br>Tel:  (650) 813-5600<br>Fax:  (650) 494-0792<br>Email:  KKuwayti@mofo.com | Attorneys for Defendants<br>Nicholas Horbaczewski and Drone Racing<br>League, Inc. |
| Nicholas Rylan Fung, Esq.<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Tel: (213) 892-5200<br>Fax: (213) 892-5454<br>Email:  NFung@mofo.com | Attorneys for Defendants<br>Nicholas Horbaczewski and Drone Racing<br>League, Inc. |
| Andrew Ditchfield<br>Brian M Burnovski<br>Cindy S. McNair<br>Peter M. Bozzo<br>Davis Polk and Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-3009<br>Fax: (212) 701-6009<br>Email: andrew.ditchfield@davispolk.com<br>Email: brian.burnovski@davispolk.com<br>Email: cindy.mcnair@davispolk.com<br>Email: peter.bozzo@davispolk.com | Attorneys for Defendants<br>Nicholas Horbaczewski and Drone Racing<br>League, Inc. |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
