UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 17-6210-JAK-KSx                                              Date: October 21, 2020

Title   *Justice Laub.v. Nicholas Horbaczewski, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR 10/21/2020 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen C. Steinberg | Brian Burnovski |
| Chad DeVeaux | Peter Bozzo |

**Proceedings:**   **MINUTES OF TELEPHONIC CONFERENCE RE: DEFENDANTS' REQUEST FOR REASONABLE FEES AND EXPENSES INCURRED IN FILING AND BRIEFING THE MOTION FOR SPOLIATION SANCTIONS AGAINST JUSTICE LAUB [Dkt No. 482]**

    Case called. Counsel state their appearances. The Court hears oral argument. After hearing the arguments and statements of counsel, the Court takes the matter under submission. An Order will issue.

IT IS SO ORDERED.

: 56 mins

**Initials of Preparer**   gr