UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>   Plaintiffs,<br><br>  v.<br><br>NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10,<br><br>   Defendants. | No. 2:17-cv-06210-JAK (KSx)<br><br>**STIPULATION RE: HEARING DATE AND BRIEFING ON DEFENDANTS' MOTION FOR RECONSIDERATION (DKT. 644)** |

Based on a review of the Stipulation and [Proposed] Order Re: Hearing Date and Briefing on Defendants' Motion for Reconsideration (the "Stipulation" (Dkt. 644)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Plaintiffs' Opposition to the Motion for Reconsideration shall be filed on or before August 15, 2024.

Defendants' Reply in Support of the Motion for Reconsideration shall be filed on or before August 29, 2024.

The Motion for Reconsideration shall be heard on October 7, 2024 at 8:30 a.m., with the final time to be set when the final calendar for that date is issued.

**IT IS SO ORDERED**.

Dated: August 06, 2024

John A. Kronstadt
United States District Judge