UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-06210 JAK (KSx) | Date | October 21, 2024 |
| Title | Justice Laub v. Nicholas Horbaczewski, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE (video) |
| T. Jackson | Miriam Baird |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephen C. Steinberg | Brian M. Burnovski<br>Tess Liegeois |

**Proceedings:** **DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 640) GRANTING WITHOUT PREJUDICE DEFENDANTS' MOITON TO EXCLUDE EXPERT REPORT AND TESTIMONY OF GREG. J. REGAN (DKT. 643)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendants' Motion for Reconsideration of the Court's Order (Dkt. 640) Granting Without Prejudice Defendants' Motion to Exclude Expert Report and Testimony of Greg J. Regan at Dkt. 643 (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court asks whether any further settlement efforts at this time would be productive. Counsel state their willingness to meet and confer on the issue. The Court orders counsel to meet and confer and, on or before October 28, 2024, file a joint report stating their collective and/or respective position(s) on whether it would be productive to participate in a further, formal settlement process and, if so, with a private neutral or a bench officer. If the parties report that they would like to proceed with additional settlement discussions with a private neutral, the parties shall also state whether they have agreed to one. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

|  | : | 42 |
|---|---|---|
| Initials of Preparer | TJ | |