PATRICK M. RYAN (SBN 203215)
 pryan@bartkolaw.com
STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bartkolaw.com
CHAD E. DEVEAUX (SBN 215482)
 cdeveaux@bartkolaw.com
BARTKO LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

*Attorneys for Plaintiffs*
*JUSTICE LAUB and DAN KANES*

GOPI K. PANCHAPAKESAN (SBN 279586)
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, RHOW, LICENBERG, DROOKS, NESSIM
1875 Century Park East 23rd FLOOR
Los Angeles, California 90067
Telephone:  (310) 201-2100
Facsimile:   (310) 201-2110

ANDREW DITCHFIELD (admitted pro hac vice)
 Andrew.ditchfield@davispolk.com
BRIAN M. BURNOVSKI (admitted pro hac vice)
 Brian.burnovski@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants NICHOLAS HORBACZEWSKI and*
*DRONE RACING LEAGUE, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>  Plaintiffs,<br><br>  v.<br><br>NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10,<br><br>  Defendants. | Case No. 2:17-cv-06210-JAK (KSx)<br><br>**JOINT REPORT RE: ALTERNATIVE DISPUTE RESOLUTION**<br><br>Action Filed: July 10, 2017<br>Trial Date:    None Set |

2613.000/2090271.2

JOINT REPORT RE: ALTERNATIVE DISPUTE RESOLUTION

Pursuant to ECF No. 651, the parties agree that additional settlement discussions might be productive, with Chief Magistrate Judge Stevenson if she is available, or if not, with another bench officer, and the parties agree to participate in such process on a date that works for both the Court and the parties.

Respectfully submitted,

DATED: October 28, 2024    BARTKO LLP

By: _____/s/ Chad E. DeVeaux_____
PATRICK M. RYAN
STEPHEN C. STEINBERG
CHAD E. DEVEAUX

Attorneys for Plaintiffs
JUSTICE LAUB and DAN KANES

DATED: October 28, 2024    DAVIS POLK & WARDWELL LLP

By: _____/s/ Brian M. Burnovski_____
ANDREW DITCHFIELD
BRIAN M. BURNOVSKI

Attorneys for Defendants
NICHOLAS HORBACZEWSKI and
DRONE RACING LEAGUE, INC.

## ATTESTATION OF E-FILER

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 28, 2024    _____/s/ Chad E. DeVeaux_____