UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justice Laub,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Nicholas Horbaczewski et al,<br><br><br>　　　　　　Defendants. | No. CV 17-6210-JAK-KS<br><br>Order Setting Settlement Conference |

　　　A settlement conference will be held before Chief Magistrate Judge Karen L. Stevenson in **Courtroom 580, 5th Floor, Roybal Federal Building, 255 East Temple Street, Los Angeles, California on March 21, 2025, at 9:30 a.m.** The Court believes that consideration of settlement is a serious matter that requires thorough preparation before the settlement conference. Set forth below are the procedures the Court will require the parties to follow and the procedures the Court will typically employ in conducting the conference:

　　　**1.　Attendance of Parties Required.** Parties with full and complete settlement authority are required to personally attend the conference, together with trial counsel for each party. A corporate party shall send a representative

with full and complete authority to make settlement decisions.  Defendant's representative must have final settlement authority to commit Defendant to pay, in the representative's sole discretion, a settlement amount recommended by the settlement judge up to Plaintiff's prayer (excluding punitive damage prayers), or up to Plaintiff's last demand made prior to the settlement conference, whichever is lower.  If the settlement decision will be made in whole or in party by an insurer, the insurer shall send a representative with full and complete authority to make settlement decisions.  Failure to produce the appropriate person(s) at the conference and/or failure to participate in good faith may result in an award of costs and attorney's fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.[1]

    2.    **Pre-Conference Settlement Offers.**  In order to provide the parties with a starting point for their settlement discussions with the Magistrate Judge, Plaintiff shall advise Defendants of the terms upon which Plaintiff is prepared to settle the case, in a letter delivered or faxed no later than fourteen (14) court days prior to the Settlement Conference.  Within seventy-two (72) hours of receipt of Plaintiff's settlement offer, Defendants shall respond to the same by letter advising Plaintiff of the terms upon which such Defendants are prepared to settle the case.  The Court expects the parties to exchange good faith

---

[1] When a person whose personal attendance would otherwise be required pursuant to the foregoing paragraphs resides outside Los Angeles County, the Court will consider excusing the personal attendance of such person, so long as such person can and will be available by telephone during the entire settlement conference. If a party wishes to avail itself of this excuse from personal attendance, counsel must submit a separate excusal request with a proposed order, no fewer than (7) days before the date of the settlement conference. After the party's Settlement Conference Statement is submitted, counsel should contact the Court's courtroom deputy clerk to ascertain whether the request has been granted.

settlement offers.

3.  **Settlement Conference Statement.**  At least fourteen (14) court days before the settlement conference, each party shall submit a Settlement Conference Statement to the Magistrate Judge.  The parties shall exchange the Statements on the same date.  These Statements shall not become a part of the file of the case but shall be for the use of the Magistrate Judge in preparing for and conducting the settlement conference.  Settlement Conference Statements should be delivered to the Court by fax to **(213) 894-3924 or directly to the Judge's mailbox, located outside the Clerk's Office on the 12th Floor of the Roybal Federal Building**.  The Statements may be in letter format and shall be concise, not to exceed ten (10) pages in length.  The parties' respective Statements should address:

   A.  A brief statement of the facts of the case, and of the claims and defenses remaining to be tried, including the statutory or other grounds upon which the claims are founded.  This statement should identify the major factual and legal issues in dispute and cite any controlling authorities.

   B.  An itemized statement of the damages claimed and of any other relief sought.

   C.  A summary of the proceedings to date, including any case management dates/deadlines already set by the District Judge.

   D.  A detailed history of past settlement discussions, offers and demands, including the most recent settlement offers exchanged pursuant to ¶ 2 above.  A copy of such party's letter sent pursuant to ¶ 2 above should be attached to such party's Settlement Conference Statement.

4.  **Confidential Addendum.**  Each party shall also prepare a

Confidential Addendum to Settlement Conference Statement, which shall be delivered (or faxed) directly to the Magistrate Judge only, simultaneously with the Settlement Conference Statement. The Confidential Addendum shall not be filed with the Court or served upon the other parties. The Confidential Addendum may also be in letter format and shall not exceed five (5) pages in length. The Confidential Addendum shall contain:

    A.    A forthright evaluation of the party's likelihood of prevailing on each of its claims and/or defenses.

    B.    The approximate amount of attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for (i) further discovery, (ii) pretrial and (iii) trial.

    C.    The party's evaluation of the terms on which the other side is prepared to settle the case.

    D.    The party's evaluation of the terms on which the case could be settled fairly, taking into account the litigation position and settlement position of the other side.

5.    **Format.**  The Court will generally use a mediation format, that is, a joint session with an opening presentation by the Court and each side followed by private caucuses. Each party should be prepared to make a mini-opening statement of five (5) minutes during the initial joint session. This presentation should not be in the form of a closing argument or argument on a motion for summary judgment. The purpose of the presentation is to inform the Court and the other participants of the basis for the last offer or demand and to provide a framework for the settlement discussions.

If any party believes that the above-described format would be counter-productive to the goals of the Settlement Conference, the party may explain the reasons for such belief in the Confidential Addendum.

///

6. **Conference Preparation.** The Court may, in its discretion, contact the parties after review of the Statements and Confidential Addenda to arrange a pre-settlement conference telephone call with counsel. The Court may ask the parties to submit addenda to their statements during this telephone conference.

Dated: December 16, 2024

*Karen L. Stevenson*
KAREN L. STEVENSON
Chief U.S. Magistrate Judge