UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 17 6210-JAK (KSx)                                                                Date: March 26, 2025

Title   *Justice Laub v. Nicholas Horbaczewski et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Zoom VTC/Courtsmart -03/26/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Steinberg | Andrew Ditchfield |

**Proceedings: MINUTES RE: FURTHER SETTLEMENT CONFERENCE**

The Court held a settlement conference on March 26, 2025 from 2:00 p.m. to 4:15 p.m. with Plaintiff's and Defendant's counsel, along with Plaintiff's Justice Laub and Dan Kanes and Defendant's General Counsel Jennifer Pepin.

The settlement conference was conducted off the record. All parties participated in good faith. The matter did not result in a settlement.

The Court will remain available to the parties should they wish to have further settlement discussions at a mutually convenient time.

Cc: District Judge: John A. Kronstadt

2hrs:20mins
**Initials of Preparer**   gr