UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>  Plaintiffs,<br><br>  v.<br><br>NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10,<br><br>  Defendants. | Case No. 2:17-cv-06210-JAK (KSx)<br><br>**ORDER RE: PARTIES' JOINT STIPULATION RE SCHEDULE FOR ADDITIONAL DISCOVERY AND UPDATING EXPERT REPORTS (DKT. 661)**<br><br>Action Filed: July 10, 2017<br>Trial Date:    None Set |

ORDER

Based on a review of the parties' Joint Stipulation Regarding Schedule for Additional Discovery and Updating Expert Reports ("Stipulation" (Dkt. 661)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED IN PART**, as follows.

1. No later than April 2, 2025, Defendants shall produce all remaining documents in the following categories set forth in the Parties' Joint Status Report (Dkt. 646):

   - All material documents underlying the acquisition of Drone Racing League, Inc. ("DRL") by Infinite Reality, Inc. ("Infinite Reality"), including without limitation documents showing the structure of the transaction, whether and to what extent Infinite Reality acquired any assets or liabilities of DRL, and describing the disposition of any stock in DRL.

   - Documentation reflecting the complete history of all investments in and lending to DRL and any stock sales or other transactions since 2017, including without limitation its Series C and debt financing in 2019-20, and Series D and other financing in 2022.

   - A current cap table for DRL and past cap tables going back to 2017, reflecting any stock sales or other changes in ownership and valuation.

   - Any reports prepared purporting to value DRL securities, including its common stock, from 2017 to present.

   - Any fairness opinion, valuation, or proposed deal structure for the pending merger between Infinite Reality and Newbury Street Acquisition Corporation.

2. No later than 14 days following the deadline for Defendants' production of the additional documents set forth above (April 16, 2025), the Parties shall serve any additional written discovery, including document requests. The Parties reserve all rights to object to any such discovery.

3. No later than 14 days following the service of any additional written discovery (April 30, 2025), and subject to the Parties' objections, the Parties shall respond to such additional written discovery and produce any responsive non-privileged documents.

4. No later than 14 days after discovery responses and documents are exchanged (May 14, 2025), each side shall be permitted to take additional fact depositions limited to issues raised by the Court's July 11, 2024 Order as related to

Mr. Regan's opinions and issues raised by any of the additional written discovery referenced above. The Parties will meet and confer regarding the appropriate number of depositions per side and appropriate time limits after reviewing responses to the additional written discovery. At the conclusion of this deadline the additional discovery period shall end.

5. No later than 14 days from the end of the additional fact discovery period (May 28, 2025), Plaintiffs shall serve a new expert report.

6. No later than 14 days following service of Plaintiffs' new expert report (June 11, 2025), Defendants shall serve a new rebuttal expert report.

7. No later than 14 days following the service of Defendants' new rebuttal expert report (June 25, 2025), the Parties shall take any expert depositions and the additional expert discovery period shall end.

8. No later than 14 days following the end of the additional expert discovery period (July 9, 2025), the Parties shall file any new motions to exclude experts.

9. No later than 7 days following the service of any new motions to exclude experts (July 16, 2025), the Parties shall file any oppositions to such new motions to exclude experts.

10. No later than 7 days following the service of oppositions to any new motions to exclude experts (July 23, 2025), the Parties shall serve any replies in support of such motions.

11. Hearings on any new motions to exclude experts shall take place on August 25, 2025. Based on a review of the briefing, however, this date may be advanced or taken off calendar with the motions taken under submission.

**IT IS SO ORDERED.**

Dated: March 28, 2025         By: _____
                                  John A. Kronstadt
                                  United States District Judge