UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JUSTICE LAUB and DAN KANES, | No. 2:17-cv-06210-JAK (KSx) |
|---|---|
| Plaintiffs, | **ORDER RE SCHEDULE FOR ADDITIONAL DISCOVERY AND UPDATING EXPERT REPORTS (DKT. 669)** |
| v. | |
| NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10, | |
| Defendants. | |

Based on a review of the Parties' Joint Stipulation Regarding Schedule for Additional Discovery and Updating Expert Reports ("Stipulation" (Dkt. 669)) sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED** as follows:

1. No later than May 22, 2025, the Parties shall serve any additional written discovery, including document requests. The Parties reserve all rights to object to any such discovery.

2. No later than June 5, 2025, and subject to the Parties' objections, the Parties shall respond to such additional written discovery and produce any responsive non-privileged documents.

3. No later than June 19, 2025, each side shall be permitted to take additional fact depositions limited to issues raised by the Court's July 11, 2024 Order as related to Mr. Regan's opinions and issues raised by any of the additional written discovery referenced above. The Parties will meet and confer regarding the appropriate number of depositions per side and appropriate time limits after reviewing responses to the additional written discovery. At the conclusion of this deadline the additional fact discovery period shall end.

4. No later than July 7, 2025, Plaintiffs shall serve a new expert report.

5. No later than July 25, 2025, Defendants shall serve a new rebuttal expert report.

6. No later than August 14, 2025, the Parties shall take any expert depositions and the additional expert discovery period shall end.

7. No later than August 28, 2025, the Parties shall file any new motions to exclude experts.

8. No later than September 11, 2025, the Parties shall file any oppositions to such new motions to exclude experts.

9. No later than September 25, 2025, the Parties shall serve any replies in support of such motions.

10. Hearings on any new motions to exclude experts shall take place on October 6, 2025, at 8:30 a.m., with the specific time to be set when the final calendar issues for that date. Based on a review of the briefing, however, this date may be advanced or taken off calendar with the motions taken under submission.

**IT IS SO ORDERED.**

Dated:   APRIL 18, 2025          By: _____
                                     John A. Kronstadt
                                     United States District Judge