UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTICE LAUB and DAN KANES,<br><br>    Plaintiffs,<br><br>    v.<br><br>NICHOLAS HORBACZEWSKI, DRONE RACING LEAGUE, INC., and DOES 1 TO 10,<br><br>    Defendants. | No. 2:17-cv-06210-JAK (KSx)<br><br>**ORDER RE PARTIES' JOINT STIPULATION RE SCHEDULE FOR ADDITOINAL DISCOVERY AND UPDATING EXPERT REPORTS (DKT. 674)** |

Based on a review of the Parties' Joint Stipulation re Schedule for Additional Discovery and Updating Expert Reports ("Joint Stipulation" (Dkt. 674)), sufficient good cause has been shown for the requested relief. Accordingly, the Joint Stipulation is **APPROVED**, and the following deadlines are amended as follows:

1. No later than July 31, 2025, each side shall be permitted to take additional fact depositions limited to issues raised by the July 11, 2024 Order as related to Mr. Regan's opinions and issues raised by any of the additional written discovery referenced above. The Parties will meet and confer regarding the appropriate number of depositions per side and appropriate time limits after reviewing responses to the additional written discovery. At the conclusion of this deadline the additional fact discovery period shall end.

2. No later than August 18, 2025, Plaintiffs shall serve a new expert report.

3. No later than September 5, 2025, Defendants shall serve a new rebuttal expert report.

4. No later than September 25, 2025, the Parties shall take any expert depositions and the additional expert discovery period shall end.

5. No later than October 9, 2025, the Parties shall file any new motions to exclude experts.

6. No later than October 23, 2025, the Parties shall file any oppositions to such new motions to exclude experts.

7. No later than November 6, 2025, the Parties shall serve any replies in support of such motions.

8. Hearings on any new motions to exclude experts shall take place on November 17, 2025.

Based on a review of the briefing, however, this date may be advanced or taken off calendar with the motions taken under submission.

1 **IT IS SO ORDERED.**

3 Dated:  June 20, 2025            By:  _____
                                        John A. Kronstadt
                                        United States District Judge